UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| Gary Plumley, | : <br> : <br> : Civil Action No.: 2:16-cv-13286-NGE-APP <br> : <br> Plaintiff, : <br> v. : <br> : <br> Credit Acceptance Corporation; and DOES 1- : <br> 10, inclusive, : <br> : <br> Defendant. : |

NOTICE OF WITHDRAWAL OF COMPLAINT AND VOLUNTARY
DISMISSAL OF ACTION WITHOUT PREJUDICE
**PURSUANT TO RULE 41(a)**

Gary Plumley ("Plaintiff"), by Plaintiff's attorney, hereby withdraws the complaint and voluntarily dismisses this action, without prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated: October 10, 2017

        Respectfully submitted,

        By: */s/ Sergei Lemberg*
        Sergei Lemberg, Esq.
        Lemberg Law, L.L.C.
        43 Danbury Road, 3rd Floor
        Wilton, CT 06897
        Telephone: (203) 653-2250
        Facsimile:  (203) 653-3424
        *Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

  I hereby certify that on October 10, 2017, a true and correct copy of the foregoing Notice of Withdrawal was served electronically by the U.S. District Court for the Eastern District of Michigan Electronic Document Filing System (ECF) and that the document is available on the ECF system.

Stephen W. King, Esq.
King & Murray PLLC
355 South Old Woodward Ave., Suite 100
Birmingham, MI 48009
*Attorney for Defendant*

            By * /s/ Sergei Lemberg*_____
              Sergei Lemberg, Esq.