UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| Gary Plumley, | : <br> : <br> : Civil Action No.: 2:16-cv-13286-NGE-APP <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : |
| Plaintiff, | |
| v. | |
| Credit Acceptance Corporation; and DOES 1-10, inclusive, | |
| Defendant. | |

**NOTICE OF WITHDRAWAL OF COMPLAINT AND VOLUNTARY
DISMISSAL OF ACTION WITH PREJUDICE
PURSUANT TO RULE 41(a)**

Gary Plumley ("Plaintiff"), by Plaintiff's attorney, hereby withdraws the complaint and voluntarily dismisses this action, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated: March 29, 2019

                                            Respectfully submitted,

                                            By: */s/ Sergei Lemberg*
                                            Sergei Lemberg, Esq.
                                            Lemberg Law, L.L.C.
                                            43 Danbury Road, 3rd Floor
                                            Wilton, CT 06897
                                            Telephone: (203) 653-2250
                                            Facsimile:  (203) 653-3424
                                            *Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

  I hereby certify that on March 29, 2019, a true and correct copy of the foregoing Notice of Withdrawal was served electronically by the U.S. District Court for the Eastern District of Michigan Electronic Document Filing System (ECF) and that the document is available on the ECF system.

Stephen W. King, Esq.
King & Murray PLLC
355 South Old Woodward Ave., Suite 100
Birmingham, MI 48009
*Attorney for Defendant*

              By */s/ Sergei Lemberg*_____
                Sergei Lemberg, Esq.